**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUN 18 2012

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KATOSH PANTOLIANO,

           Plaintiff,

  -against-

CJA ATTORNEY RICHARD B. LIND, Esq.
and ENTIRE CJA PANEL,

           Defendants.
------------------------------------------------------------X

JUDGMENT
12-CV-2021 (ARR)

        An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on June 15, 2012, dismissing the petition without prejudice; it is

        ORDERED, ADJUDGED AND DECREED that the petition is dismissed without prejudice.

Dated: Brooklyn, New York
       June 18, 2012

Douglas C. Palmer
Clerk of Court

by:

Michele Gapinski
Chief Deputy for
Court Operations

